# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                Case no. 6:20-cr-10077-JWB

**ALLEN E. STANDISH,**

    **Defendant.**

# INDICTMENT

**THE GRAND JURY ALLEGES**:

### COUNT ONE

**18 U.S.C. § 922(g)(3) and § 924(a)(2)**
**(Unlawful User of a Controlled Substance in Possession of a Firearm)**

On or about the 27th day of October, 2020, in the District of Kansas, the defendant,

**ALLEN E. STANDISH**

knowing that he was an unlawful user of a controlled substance, as defined in 21 U.S.C. § 802, did knowingly possess a firearm, that is a, Spike's Tactical, model ST15, multi-caliber, rifle bearing serial number NSL-120501, which had been modified to function as a machinegun, said firearm having been shipped and transported in interstate commerce.

The above act was in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**A TRUE BILL**

November 18, 2020
DATE

s/Foreperson
FOREPERSON OF THE GRAND JURY

STEPHEN R. MCALLISTER
UNITED STATES ATTORNEY

By:/s/ Alan G. Metzger
ALAN G. METZGER, #10143
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
alan.metzger@usdoj.gov

**It is requested that the trial be held in Wichita, KS**